# United States Court of Appeals
### For the First Circuit

---

No. 05-1815

UNITED STATES OF AMERICA,

Appellee,

v.

DAVID RODRÍGUEZ-PACHECO,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on February 5, 2007, is amended as follows:

On page 48, line 1, "it" should be replaced with "he"